THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
 THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jeremy Wilson, Appellant.
 
 
 

Appeal from Orangeburg County
James C. Williams, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2007-UP-469
Submitted October 1, 2007  Filed October
 11, 2007    
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor David M. Pascoe, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM: 
 Jeremy Wilson was convicted of distribution of crack-cocaine and distribution
 of crack-cocaine within proximity of a playground.  He received two concurrent
 ten year sentences.  On appeal, Wilson argues the trial judge erred in
 replacing a juror for alleged misconduct.  Wilsons counsel attached a petition
 to be relieved, stating she reviewed the record and concluded this appeal lacks
 merit.  Wilson also submitted a pro se response brief reiterating
 counsels argument and additionally asserting the trial judge erred by not
 dismissing States witness due to lack of credibility.  Pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), after a thorough review of the record, counsels
 brief, and Wilsons pro se brief, we dismiss the appeal and grant
 counsels motion to be relieved.[1]

APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.